UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA : Case No: CR207-56

V. :

ISMAEL DELGADO SANCHEZ :

# ORDER

Defendant's motion to for permission to file motion under seal is granted. Defendant is granted leave to file a document to be entitled "Motion for Relief with Respect to Scheduling" and not to file it electronically, but rather in paper form only with appropriate service upon the United States Attorney.

So Ordered this 31st day of January, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

Order Prepared By
Vincent D. Sowerby
Attorney for Defendant